UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGNIA
RICHMOND DIVISION

**KRISTIN HRUBY**

       **Plaintiff,**

  v.

**CAPITAL ONE, N.A.,**

       **Defendant.**

Case No.: 3:20-cv-00362-JAG

Judge John A. Gibney, Jr.

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Kristin Hruby and Defendant Capital One, N.A. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

                                                Respectfully submitted,

                                                        */s/*
                                   Susan M. Rotkis, Virginia Bar No. 40693
                                   Price Law Group, APC
                                   382 S. Covent Ave.
                                   Tucson, AZ 85701
                                   T: (520) 622-2481
                                   F: (520) 844-6706
                                   susan@pricelawgroup.com
                                   *Attorneys for Plaintiff*
                                   *Kristin Hruby*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

John D. Sadler, Esq. (VA Bar No. 80026)
BALLARD SPAHR LLP
1909 K Street, 12th Floor
Washington, DC 20006-1157
Telephone: (202) 661-7659
Facsimile: (202) 661-2299
sadlerj@ballardspahr.com

*Counsel for Defendant*
*Capital One Bank (USA), N.A.*

                                                                                                                                                                       /s/
                                          Susan M. Rotkis, Virginia Bar No. 40693
                                          Price Law Group, APC
                                          382 S. Covent Ave.
                                          Tucson, AZ 85701
                                          T: (520) 622-2481
                                          F: (520) 844-6706
                                          susan@pricelawgroup.com
                                          *Attorneys for Plaintiff*