UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**KRISTIN HRUBY,**              **CIVIL ACTION NO.: 3:20-cv-00362-JAG**

      **Plaintiff,**

v.

**CAPITAL ONE, N.A.,**

      **Defendant.**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Kristin Hruby and Defendant Capital One, N.A., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to dismissal of the above-captioned cause with prejudice. The parties have resolved the matter by compromise, with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction for the purposes of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1994).

                                                      **KRISTIN HRUBY**

                                                      By: _____/s/_____
                                                      Susan M. Rotkis
                                                      Virginia Bar No. 40693
                                                      Attorney for Plaintiff
                                                      Price Law Group, APC
                                                      382 S. Convent Ave.
                                                      Tucson, AZ 85701
                                                      T: (818) 600-5506
                                                      F: (818) 600-5405
                                                      susan@pricelawgroup.com

                                        **CAPITAL ONE BANK (USA), N.A.**

                                        By: _____/s/_____
                                        John D. Sadler, Esq.
                                        Virginia Bar No. 80026
                                        Attorneys for Defendant
                                        Ballard Spahr LLP
                                        1909 K Street 12th Floor
                                        Washington, DC 20006-1157
                                        T: (2020) 661-7659
                                        F: (202) 661-2299
                                        sadlerj@ballardspahr.com


## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

    John D. Sadler, Esq. (VA Bar No. 80026)
    BALLARD SPAHR LLP
    1909 K Street, 12th Floor
    Washington, DC 20006-1157
    Telephone: (202) 661-7659
    Facsimile: (202) 661-2299
    sadlerj@ballardspahr.com

    *Counsel for Defendant*
    *Capital One Bank (USA), N.A.*

                                          _____/s/_____
                                        Susan M. Rotkis
                                        Virginia Bar No. 40693
                                        Attorney for Plaintiff
                                        Price Law Group, APC
                                        382 S. Convent Ave.
                                        Tucson, AZ 85701
                                        T: (818) 600-5506
                                        F: (818) 600-5405
                                        susan@pricelawgroup.com