IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KRISTIN HRUBY,
        Plaintiff,

v.                                    Civil Case No. 3:20-cv-362

CAPITAL ONE, N.A.,
        Defendant.

## FINAL ORDER

On November 9, 2020, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 10.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 9 November 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge